# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

_____

**JUDGMENT IN A CIVIL CASE**

CRYSTAL CHURCHILL o/b/o
RICKY CHURCHILL,

    Plaintiff

    **V.**                                       Case No.  05-3169-CV-S-REL-SSA

JO ANNE B. BARNHART,

    Defendant

☐   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

        that plaintiff's motion for fees in the amount of $4,400.00 pursuant to the Equal Access to Justice Act is granted.

Entered on: February 16, 2006

                                                                  P. L. BRUNE
                                                                  CLERK OF COURT

                                                          */s/ Bonnie J. Rowland*
                                                           (By) Deputy Clerk